# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| TYRONE LAMPKIN, | : | No. 25 EAP 2018 |
| | : | |
| Appellant | : | Appeal from the order of |
| | : | Commonwealth Court dated May 14, |
| | : | 2018 at 340 MD 2018. |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW,** this 20th day of February, 2019, the order of the Commonwealth Court is **AFFIRMED**.